1 | Your name: Jane Doe
2 | Address: 9285 Payne Ave #777472
3 | San Jose, CA 95117
4 | Phone Number: 4086731820
5 | Fax Number:
6 | E-mail Address: jzw97@yahoo
7 | Pro Se   [Select one: Plaintiff or Defendant]

FILED
DEC 28 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

8 | **UNITED STATES DISTRICT COURT**
9 | **NORTHERN DISTRICT OF CALIFORNIA**
10 | [Select one location: San Francisco / Oakland / San Jose / Eureka]

NC

11 |
12 | Jane Doe, 1-10 ) Case Number: CV23-6657
13 | )
14 | Plaintiff(s), ) Title of Document:
15 | vs. ) Declaration
16 | )
17 | Marlene Dehlinger, )
18 | City of Cupertino, 1-50 )
19 | )
20 | )
21 | Defendant(s). )
22 |
23 | I put one in mail on 24th, Dec. another
24 | on 27th, Dec. with tracking & check. Please file latest
25 | 27th look like that's what city req't per EXT. 1.
26 | I'm efiler, didn't know could not file online,
27 | Saw fax no. online, but 25, 26th Dec. tried not
28 | working, called a no. listed on file site, left

TITLE OF DOCUMENT: _____  CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]

2. mesg. could not reach any sv.

4. please file latest 27th. Have health issue.
5. could not drive around easily. Finally here to
6. explain. If you have any question, please feel
7. free to reach me at 4086731820.

9. THE OTHER MAILS are still on the way. Please note it.

12. Sincerely Submitted,
13. Jane Doe

25. NOTE! ALSO CONTACTED CITY ALMOST TWO WEEKS AGO
26. TO COMBINE & EXTEND. JUST FOUND FEW DAYS AGO CITY HAS
27. HOLIDAY BREAK. ALSO, UNEXPECTED

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18  Date: _____Dec. 27, 23'_____   Sign Name: _____Jane Doe_____
19                                 Print Name: _____Jane Doe_____
20
21
22
23
24
25
26
27
28

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. ____ OF ____   [JDC TEMPLATE]



Happy Holiday!
Dear there,
I put one in mail 24th, then another with today's check on 27th. Please file latest 27th as I'm efiler, but not allow some how. Please call 408 673 1820 for any question. Thank you!

PLEASE SEE NOTES INSIDE. MEANT LATEST 27TH THANK YOU!

COURT WEB SITE ALSO SAID THERE'S PAY NO. TRIED ON 25, 26th PAY NOT WORKING. I HAVE PUT CHECK IN PREVIOUS MAIL. PLEASE RETURN, ONCE YOU RECEIVED. THANK YOU!