United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br> v.<br><br>MARLENE DEHLINGER, and others,<br><br>   Defendants. | Case No. 23-cv-06657-NC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE MOTION TO PROCEED ANONYMOUSLY**<br><br>Re: ECF 1 |

  Plaintiff, proceeding anonymously as Jane Doe, filed suit against Defendants City of Cupertino and Marlene Dehlinger. ECF 1. However, Plaintiff did not file a motion to proceed anonymously. Therefore, the Court ORDERS Plaintiff to file a duly noticed motion outlining why she should be permitted to proceed anonymously.

  Federal Rule of Civil Procedure 10(a) requires that "the title of the complaint must name all the parties." A person may proceed anonymously "in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). However, the nondisclosure of a party's identity is reserved for the "unusual case" where anonymity is "necessary ... to protect a person from harassment, injury, ridicule or personal embarrassment." *United States v. Doe*, 655 F.2d 920, 922 n. 1 (9th Cir.1980).

Plaintiff's complaint does not provide sufficient reasons to permit a finding that she may proceed anonymously. If Plaintiff would like to remain anonymous, the Court ORDERS her to file a motion explaining why she is entitled to continue this litigation anonymously. The motion must be filed pursuant to the requirements of this District's Civil Local Rule 7-2, available at: https://www.cand.uscourts.gov/rules/civil-local-rules/.

Lastly, the Court informs Plaintiff that the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by phone appointment at (408) 297-1480. There are also online resources available on the Court's webpage. The Pro Se Handbook, found at: http://www.cand.uscourts.gov/pro-se-litigants/ has a downloadable version of the Court's publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*.

**IT IS SO ORDERED.**

Dated: January 5, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge