UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARLENE DEHLINGER, and others,<br><br>　　　　Defendants. | Case No. 23-cv-06657-NC<br><br>**ORDER GRANTING FINAL EXTENSION TO COMPLY WITH THE COURT'S ORDERS**<br><br>Re: ECF 6, 9 |

The Court has previously issued several orders directing Plaintiff to file a motion to proceed anonymously, and the consent/declination to magistrate judge jurisdiction form. *See* ECF 6, 9.  Plaintiff has not responded to either Order.  The Court grants Plaintiff a final extension to file these documents by March 8, 2024.  Failure to comply with this Order will result in a reassignment to a district judge with the recommendation to deny Plaintiff's ability to proceed anonymously.

**IT IS SO ORDERED.**

Dated: February 27, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge