23-CV-06657-NC

(MASK) NOT FOR PUBLICATION

TO WHOM IT MAY CONCERN,

As a group of soft spoken Chinese Americans, feel under represented after twice loss of legal property belongings without notice. Left right falsely label to, deprived all rights but further 'sanction too'. By local government overreach, couldn't defend self even unrelated robbery, thief, assault. etc. Tragic after tragic. NOW GOT THREATS.

1. We fear will be again 'mistreated' in this court. (San Jose)

2. We don't know if another court would have slightly better ones to represent us. or not. We wish.

3. Freeman would be conflict interests.

4. We did go PO. SF. AS STATED PREVIOUSLY TO FILE THERE. We just have hard time to be heard. (DEFENDANT LAW FIRM, DILLINGER RESIDES IN SF)
   Thank you!

I have so much tragic!

Jane Doe  Mar 8, 24
PLEASE FEEL FREE TO CALL
4086731820