ISAAC 700712
428 PAYNE AVE
CA 95017

RECEIVED

MAR 11 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SAN JOSE CA 950
9 MAR 2024 PM 4 L

OFFICE OF THE CLERK, USDIST COURT
NORTHERN DIST OF CA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

94102-343210

