UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>MARLENE DEHLINGER, et al.,<br><br>        Defendants, | Case No. 5:23-cv-06657 NC<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE AND CERTIFICATE OF SERVICE |

    The Clerk of the Court will now randomly reassign this case to a United States District Judge because a party has not consented to the jurisdiction of a Magistrate Judge. You will be informed by separate notice of the district judge to whom this case is reassigned.

    ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on March 13, 2024, I SERVED a true and correct copy of this notice, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Jane Doe
4285 Payne Avenue
#700472 Orchard
San Jose, CA 95117

Dated: March 13, 2024

Mark B. Busby
Clerk, United States District Court

By: /s/ Lili M. Harrell
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS