UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARLENE DEHLINGER, et al.,<br><br>        Defendants. | Case No. 23-cv-06657-PCP<br><br>**CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE FOLLOWING REASSIGNMENT**<br><br>Re: Dkt. No. 17 |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT an Initial Case Management Conference previously set for March 27, 2024 has been reset for April 18, 2024 at 1:00 p.m. in courtroom 8, 4th floor at 280 S. First Street in San Jose, California before District Judge P. Casey Pitts. All appearances shall be made in person. Joint Case Management Statement is due by April 4, 2024.

**IT IS SO ORDERED.**

Dated: March 19, 2024

                                                Mark B. Busby
                                                Clerk, United States District Court

                                                By: *Nicole Coleman*
                                                Nicole Coleman, Deputy Clerk to the
                                                Honorable P. CASEY PITTS
                                                (408) 535-5346