1  Your name: Jane Doe

2  Address: 4285 Payne Ave

3  #700472 Orchard, San Jose, CA 95117

**FILED**

4  Phone Number: 6731820

**MAR 28 2024**

5  E-mail Address:

6  Pro se

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  Division *[check one]:* ✓ San Francisco ☐ Oakland ✓ San Jose ☐ Eureka

11

12  Jane Doe                                 )  Case Number: 23-cv-06657-PCP
                                            )
13  _____                 )  **ADMINISTRATIVE MOTION AND**
                                            )  **[PROPOSED] ORDER TO CHANGE**
14                                          )  **DEADLINE FOR FILING** *[document title]*
         Plaintiff,                         )
15                                          )  Change court service deadline
      vs.                                   )
16  Marlene Dehlinger, and Cupertino        )  _____
                                            )
17  _____                 )  _____
                                            )
18  _____                 )
                                            )
19  _____                 )  Judge: Hon. P.Casey
                                            )
20  _____                 )
                                            )
21         Defendant.                       )
                                            )
22

23

24

25

26

27

28

MOTION TO CHANGE DEADLINE FOR FILING
to serve the defendant/s
_____
CASE NO. 23-06657-PCP _____; PAGE 1 OF 3 *[JDC TEMPLATE Rev.2017]*

1. The *[title of document]* service of summon

is currently due on *[date]* Feb. got 27 days only, Dec.29 add 90days to April 1

2. I respectfully request that the Court change this deadline to *[ new date]* April 15 2025'; if go forward, would be within the time.

3. I have *[check box that applies]*:

☑ not already asked the Court to change this deadline.

☐ already asked the Court to change this deadline.

4. This change is necessary because *[explain]*:'

1.After twice loss of legal property and belongings without notice, city has since invade privacy causing safety issue, life threats, etc. furhter retaliation, rethink the repercussion

2. Just spend quite amount to deal with the false label after the financial peril steming from . local agency over reach. Not on forma pauperis here.

3.more may add later

5. I believe changing this deadline *[check one]*:

☑ will not affect any other deadlines.

☐ may affect these other deadlines and dates *[list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]*:

6. The opposing side *[check box that applies and explain]*:

☐ has agreed to this change.

☐ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING
serve the summon

CASE NO. _____; PAGE 1 OF 3 *[JDC TEMPLATE Rev.2017]*

1  but was unsuccessful. *[State who you tried to reach, when, and the person's response]:*

2  _____

3  I haven't mentioned this suit to plaintiff, which may have possibility not go to court depending

4  on if can globally settle it or not.

5  _____

6  _____

7  _____

8  I declare under penalty of perjury that the above statements are true and correct.

9

10

11                                           Respectfully submitted,

12  Date: 4/25/24 _____   Signature: _____

13                              Printed name: Jane Doe _____

14                                           Pro Se

15

16

17

18  *[Do not write below this line]*

19

20      Good cause appearing, the motion is GRANTED. The Case Management Conference is

21  rescheduled to *[date]* _____   _____ at *[time]* _____.

22      IT IS SO ORDERED.

23

24  Date: _____   *[For Judge]* _____

25                      *[Judge's name]* _____

26                                       United States District/Magistrate Judge

27

28

MOTION TO CHANGE DEADLINE FOR FILING
_____
CASE NO. _____   _____; PAGE ___ OF 3 [*JDC TEMPLATE Rev.2017*]

Justice   Diversity
C E N T E R
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Motion to Change Deadline for Filing that you file and serve.*

1. **Case name:** Doe _____ v. Cupertino, etc. _____

2. **Case number:** _____   _____

3. **Documents served:** Motion and Proposed Order to Change Deadline for Filing *[fill in]* to change deadline _____

4. **How was the Motion served?** *[check one]*

   [✓] Placed in U.S. Mail

   [ ] Hand-delivered

   [✓] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **On whom was the Motion served?** *[For each person who was sent the document, write their full name and contact information used.]*

   City of Cupertino city manager, etc. _____   _____

   _____   _____

   _____   _____

   _____   _____

6. **When was the Motion served?** Mat. 27, 24' _____

7. **Who served the Motion?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature:   _____

   Name:   Andrew H. _____

   Address:   4285 Payne Ave _____

   April 15 2025'; if go forward, would be within

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05 2017]*