M. D.
4285 Payne Ave # 700472 Orchard
SAN JOSE, CA 95117

SAN JOSE CA 950

27 MAR 2024 PM 3 L

FOREVER

**RECEIVED**

**MAR 28 2024**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATT: CLERK
OFFICE OF THE CLERK
US DIST NORTHERN DIST OF CA
280 S. 1ST ST. # 2112
SAN JOSE, CA 95113-3095

95113-300837

