UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>      v.<br><br>MARLENE DEHLINGER, et al.,<br><br>            Defendants. | Case No. 23-cv-06657-PCP<br><br>**ORDER EXTENDING DEADLINE TO FILE COMPLAINT** |

The plaintiff in this case requested to proceed under pseudonym, filing as "Jane Doe" rather than using her real name. On April 9, 2024, the Court denied this request. Dkt. No. 21. The Court explained that plaintiff had not clearly identified harm that would result if her name were disclosed. Because the original complaint did not include plaintiff's legal name, the Court ordered plaintiff to file an amended complaint with her legal name by April 23, 2024.

Plaintiff has not yet filed an amended complaint. Instead, she has filed an administrative motion to extend the deadline to file the amended complaint. Dkt. No. 23. In this motion, she requests that the deadline be extended to either October 2024 or February 2025.

The Court grants plaintiff an extension to file her amended complaint. The new deadline will be **May 31, 2024**. Plaintiff now has three options:

- First, she may file an amended complaint that includes her legal name by May 31, 2024. If she files a complaint with her name, this case will move forward.

- Second, plaintiff may file a notice with the Court saying that she is voluntarily dismissing the case under Federal Rule of Procedure 41. If plaintiff voluntarily dismisses the case, the dismissal will be *without prejudice*. This means that plaintiff can still choose to file the same complaint again at a later date if she chooses.

- Third, plaintiff may take no action. If plaintiff does not file an amended complaint or a notice of dismissal by May 31, 2024, the Court will dismiss this action without prejudice. This would have the same effect as a voluntary dismissal—plaintiff would still be free to file her complaint again at a later date.

Based on her recent motion, it appears that plaintiff would like to wait to file an amended complaint until later in 2024 or early 2025. If this is the approach plaintiff prefers, she should voluntarily dismiss the current case and refile her complaint at a later date when she is ready. Plaintiff should be careful, however, to ensure that she files any claims before the statute of limitations (i.e., the time limit for filing a claim) runs out.

Plaintiff is also reminded that free legal advice is available through the Federal Pro Se Program at the San Jose Courthouse. Plaintiff can call (408) 297-1480 to make an appointment, or can get advice by visiting Room 2070 at the San Jose U.S. Courthouse during business hours, Monday–Thursday, 9:00 AM–4:00 PM.

**IT IS SO ORDERED.**

Dated: April 29, 2024

_____
P. Casey Pitts
United States District Judge

2

**NOTICE TO PLAINTIFF**

You previously asked for permission to file this case using the pseudonym "Jane Doe." The Court denied your request and instructed you to file a new complaint using your legal name by April 23, 2024. You then asked for that deadline to be extended until later 2024 or early 2025.

The Court is granting your request for an extension, but only for one additional month. **If you want to continue this lawsuit, you need to file a new copy of your complaint under your legal name by May 31, 2024.**

If you want more time than that, you can file a notice saying that you want to dismiss this case. When you voluntarily dismiss a case, it is "without prejudice," meaning you are free to file the same lawsuit again at a later date. If you file a notice of dismissal (or if you do not file anything by May 31, 2024) then this case will be closed but you can still refile it later on. A form to voluntarily dismiss a case is available at: https://cand.uscourts.gov/voluntary-dismissal-packet.

If you decide not to continue this case now but want to refile it later on, you should be careful to check the statute of limitations for your claims. This is the time limit for filing.

If you have any additional questions or would like free legal advice regarding your claims, you can contact the **Federal Pro Se Program** at the San Jose Courthouse. You can make an appointment by calling (408) 297-1480. You can also visit Room 2070 during business hours (Monday–Thursday, 9:00 AM–4:00 PM) without an appointment. You can find more information about the Pro Se Program on the Court's website: https://cand.uscourts.gov/pro-se-litigants.

Dated: April 26, 2024