

NAME
ADDRESS 6146 Bollinger Rd #72
CITY
STATE CA ZIP CODE 95129
RECEIVED -nmc
MAY 29 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE
usa forever
URGENT!!

3-cv-06657-PCP Document 25-1 Filed 05/29/24 P