UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARLENE DEHLINGER, et al.,<br><br>　　　　　　Defendants. | Case No. 23-cv-06657-PCP<br><br>**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 25 |

On April 9, 2024, the Court denied plaintiff's request to proceed anonymously. The Court concluded that plaintiff had failed to clearly identify harm that would result from disclosure of their identity and noted that the case does not seem to involve the kinds of sensitive and personal matters that warrant anonymity—especially because defendants will likely be able to identify the plaintiff based on the allegations regardless of whether the court filings are anonymous.

Plaintiff now seeks leave to file a motion for reconsideration. Plaintiff notes that "it has become apparent that the disclosure of sensitive personal information poses a significant risk to the safety and privacy of the parties involved." One reason the Court may reconsider a prior decision is if new material facts have emerged after the order was issued. Plaintiff's motion for leave does not identify new facts that have emerged, but it does at least suggest that there may be new relevant facts. Accordingly, plaintiff's motion is granted. The motion for reconsideration will be due by **June 20, 2024**. The Court notes that this motion must be based on *new* facts that have come to light since April 9, 2024, and plaintiff may not simply repeat arguments that the Court has already considered and rejected.

**IT IS SO ORDERED.**

Dated: June 3, 2024

P. Casey Pitts
United States District Judge

2