:-cv-06657-PCP   Document 27-1   Filed 06/24/24   P

(Please Print)
mail 1235 Poplar Ave #1 700412
San Jose, CA 95117

Honorable Judge P. Casey Pitts
US District Ct. N. District of CA
280 S. 1st St. #2112
San Jose, CA 95113

95113-300897

Retail

RDC 99

95113

U.S. POSTAGE PAID
FCM LETTER
CUPERTINO, CA 95014
JUN 20, 2024
$0.68
S2324A502129-10

RECEIVED -nmc
JUN 24 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## For your protection and better service:

- Enter your taxpayer identifying number, form number and tax period on your check or money order.
- Ensure that the return address shows through the window.
- Do not staple, paper clip or tape check or money order to the notice.
- Do not send cash.

E-205 (Rev. 5-2001)
Cat. No. 22976H