RECEIVED

AUG 09 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1  Your name: Jane Doe
2  Address: 4285 Payne Ave #700472
3  #700472 Orchard, San Jose, CA 95117
4  Phone Number: _____
5  E-mail Address: _____
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ✓ San Francisco ☐ Oakland ✓ San Jose ☐ Eureka

| | |
|---|---|
| Jane Doe | Case Number: 23-cv-06657-PCP |
| Plaintiff, | ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CHANGE DEADLINE FOR FILING [document title] |
| vs. | Change court amend Plaintiff deadline |
| Marlene Dehlinger, and Cupertino | |
| | Judge: Hon. P. Casey |
| Defendant. | |

MOTION TO CHANGE DEADLINE FOR FILING
to amend the Plaintiff

CASE NO. 23-06657-PCP  ; PAGE 1 OF 3 [JDC TEMPLATE Rev.2017]

1. The [title of the motion] admin. request to extend deadline to show plaintiff not pseudonym is currently due on [date] Aug 8, 24

[illegible] courts like [illegible]
[illegible] against and won every request to protect, but [illegible]ation, who is on the side against
weaker party--old /older very young innocent so [illegible] do need have this request to real some
[illegible] ist

6. The opposing side [check one]: [illegible]

☐ has agreed to this change.

☐ has not agreed. I tried to obtain the opposing party's agreement to this change.

1. The *[title of document]* adm. request to extend deadline to show plaintiff not pseudonym

is currently due on *[date]* Aug 8. 24'

2. I respectfully request that the Court change this deadline to *[new date]* Aug 5. 24'

3. I have *[check box that applies]*:

   ☑ not already asked the Court to change this deadline.—(to follow suggestion on seal)

   ☐ already asked the Court to change this deadline.

4. This change is necessary because *[explain]*:

1. plainitff is in despair as power resouceful agency got whatever it asks;we got heard none

2. After twice loss of legal property and belonings without notice, city has since invade privacy causing safety issue, life threats, etc. further retaliation, rethink the repercussion. Plan to request seal from related courts like local, fed, etc.

4. city against and won every request to protect, but retaliation, who is on the side against weaker party--old /elder very young resident so far;we do need have this request to seal some what to work out 1st

5. I believe changing this deadline *[check one]*:

   ☑ will not affect any other deadlines.

   ☐ may affect these other deadlines and dates *[list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]*:

6. The opposing side *[check box that applies and explain]*:

   ☐ has agreed to this change.

   ☐ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING
amend Plaintiff to not be pseudonym

CASE NO. _____; PAGE 1 OF 3 *[JDC TEMPLATE Rev.2017]*

but was unsuccessful. [State who you tried to reach, when, and the person's response]:

haven't served this suit to plaintiff, and I may have ... not go to court depending

Printed name:

United States District/Magistrate Judge

1 but was unsuccessful. *[State who you tried to reach, when, and the person's response]:*
2 _____
3 haven't served this suit to plaintiff, which may have possibility not go to court depending
4 on if can globally settle it or not. City further deprives all rights, still not let us move on.
5 _____
6 _____
7 _____
8 I declare under penalty of perjury that the above statements are true and correct.
9
10
11                                                    Respectfully submitted,
12 Date: 8/5/24 _____     Signature: _____
13                                  Printed name: Jane Doe
14                                                    Pro Se
15
16
17
18 *[Do not write below this line]*
19
20      Good cause appearing, the motion is GRANTED. The Case Management Conference is
21 rescheduled to *[date]* _____ at *[time]* _____.
22      IT IS SO ORDERED.
23
24 Date: _____     *[For Judge]* _____
25                           *[Judge's name]* _____
26                                              United States District/Magistrate Judge
27
28

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____; PAGE ___ OF 3 *[JDC TEMPLATE Rev.2017]*

Justice Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Motion to Change Deadline for Filing that you file and serve.*

1. **Case name:** Doe _____ v. Cupertino, etc.

2. **Case number:** _____

3. **Documents served:** Motion and Proposed Order to Change Deadline for Filing *[fill in]* to change deadline

4. **How was the Motion served?** *[check one]*

   ☑ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☑ Sent by fax (if the other party has agreed to accept service by fax)

5. **On whom was the Motion served?** *[For each person who was sent the document, write their full name and contact information used.]*

   City of Cupertino city manager, etc.

   _____

   _____

   _____

   _____

6. **When was the Motion served?** Aug 5, 24'

7. **Who served the Motion?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: _____

   Name: Andrew H.

   Address: 4285 Payne Ave #700472

   Aug 5, 24'

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*